IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                        : CRIMINAL NO: CR-1-02-116-01
                              : JUDGE DLOTT

**BENJAMIN MCCULLOUGH,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                    Respectfully submitted,

                    GREGORY G. LOCKHART
                    United States Attorney

                    Deborah F. Sanders
                    DEBORAH F. SANDERS (0043575)
                    Assistant United States Attorney
                    Southern District of Ohio
                    303 Marconi Boulevard, Suite 200
                    Columbus, Ohio 43215-2401
                    (614) 469-5715

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and that it was served by regular U.S. mail, postage prepaid this ___27th___ day of ___October____, 2005 upon Defendant, Benjamin McCullough, 1289 Landis Lane, Cincinnati, OH 45231.

                                                                            s/ Deborah F. Sanders
                                                                            DEBORAH F. SANDERS (0043575)
                                                                            Assistant United States Attorney