FILED
JAMES BONINI
CLERK

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

05 NOV 15 PM 12:10

No: 03-3519

Filed: November 14, 2005

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

1:02cr116

BENJAMIN MCCULLOUGH

    Defendant - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 10/18/05 the mandate for this case hereby issues today.

A True Copy.

COSTS: NONE

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

_____
Deputy Clerk