**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MICHELLE R. SENGER
(513) 564-7045
www.ca6.uscourts.gov

Filed: November 21, 2005

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

    RE: 03-3519
       USA vs. McCullough
       District Court No. 02-00116

Dear Clerk:

    Enclosed please find:

    The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-3519]. Volumes included: 2 Pl; 5 Tr;.

    Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

11/29/05
_____
Date

Very truly yours,
Leonard Green, Clerk

Michelle R. Senger
Records Management Deputy