IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff(s) | : |
| | : Case No. 1:02cr116 |
| v. | : |
| | : District Judge Susan J. Dlott |
| Benjamin McCullough | : |
| Defendant(s) | : |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:   United States Marshal
      Southern District of Ohio

      and/or

      The Warden of FCI Manchester
      P.O. Box 4000
      Manchester, KY. 40962

    We command you, that you have the body of Benjamin McCullough now being detained in FCI Manchester, Inmate number 03636-061, under your custody, as it is said, under safe and secure conduct, before the Honorable Susan J. Dlott of our District Court within and for the district aforesaid on May 2, 2006 at 11:00 a.m., for a Resentencing and said prisoner to remain within said and for the district pending the complete resolution of the charges and then that you return the said Benjamin McCullough to FCI Manchester, under safe and secure conduct, and have you then and there this Writ.

    Certified copy of this Writ shall be authority for the United States Marshal for the Southern District of Ohio and/or the Warden of FCI Manchester.


                                                                          s/Susan J. Dlott
                                                                          Susan J. Dlott
                                                                          United States District Judge