```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA,            *
                                         Case No. CR-1-02-116
    Plaintiff,                   *  Judge Dlott

V.                                   *

BENJAMIN MCCULLOUGH,                 *

    Defendant.                   *

---

### NOTICE OF MANUAL FILING

---

**COMES NOW,** Counsel for Defendant Benjamin McCullough herein, and provides notice of manual filing of Exhibits A through G of Defendant's Sentencing Memorandum that was electronically filed with the court on April 3, 2006.

                                Respectfully submitted,

                                <u>s/Kevin M. Schad</u>
                                Kevin M. Schad
                                *Attorney for Defendant*
                                SCHAD & SCHAD
                                1001 W. Main Street, Suite F
                                Lebanon, Ohio 45036-7955
                                513 / 933-9333; Fax 513 / 933-9375
                                Email:  [kevinschad@yourattorneys.net](mailto:kevinschad@yourattorneys.net)

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 3, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of electronic filing of this Motion to the following:

**kenneth.parker@usdoj.gov**

**maryann.arrasmith@usdoj.gov**

**USAOHS.ECFCinDTF@usdoj.gov**

                                          s/Kevin M. Schad
                                          Kevin M. Schad (0061802)
                                          SCHAD & SCHAD
                                          1001 W. Main St, Suite F
                                          Lebanon, Ohio 45036-7955
                                          Phone:  513-933-9333; Fax 513-933-9375
                                          E-mail: kevinschad@yourattorneys.net