# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                                          Case Number:   1:02cr116

V.

BENJAMIN MCCULLOUGH                 District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the Resentencing in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 227 (New Chambers) |
| | DATE AND TIME |
| | May 23, 2006 at 1:00 p.m. |

                                                  JAMES BONINI, CLERK

                                                  ___s/William Miller_____
                                                  William Miller
                                                  Case Manager
                                                  (513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                                  www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.