AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                                  Case Number:   1:02CR116

    V.

BENJAMIN MCCULLOUGH                    District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the Resentencing in this case previously set for May 23, 2006 has been VACATED and has been RESET for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #7 (Room 117) |
| | DATE AND TIME<br>May 26, 2006 at 11:30 a.m. |

                                        JAMES BONINI, CLERK

                                          ___s/William Miller_____
                                          William Miller
                                          Case Manager
                                          (513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                                www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.