AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                                            Case Number:   1:02CR116

    V.

BENJAMIN MCCULLOUGH                District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that Resentencing in this case has been reset for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #7 (Room 117)<br>**DATE AND TIME**<br>May 26, 2006 at 2:30 p.m. |

***This is a time change only

                                            JAMES BONINI, CLERK

                                            ___s/William Miller_____
                                            William Miller
                                            Case Manager
                                            (513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                                www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.