IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                                                               Case Number: 1:02cr116

Benjamin McCullough

CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel and was sentenced as follows:

Jail term of 60 Months

Conditions/Recommendations:

    That the defendant be returned to the FCI MANCHESTER Institution

3 Years Supervised Release

Conditions:

    Participation in Substance Abuse Program at discretion of Probation Officer

    Defendant cooperate in the collection of DNA at the direction of the Probation Officer

Defendant is remanded to the United States Marshal

Judge:                Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:      Julie Wolfer, Official

Date:                 May 26, 2006