PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

RECEIVED APR 2 7 2007 By____

Name of Offender: **Benjamin McCullough**          Case Number: **1:02CR00116**

Name of Sentencing Judicial Officer:     **The Honorable Susan J. Dlott**
                                         **United States District Judge**

Date of Original Sentence: **March 13, 2003**

Original Offense: **Possession of a Firearm by a Convicted Felon**

Original Sentence:  **92 month(s) prison,  36 month(s) supervised release**
**5/26/06:  Amended to 60 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **August 21, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| No New Law Violation | On April 14, 2007, Mr. McCullough was charged in Hamilton, Ohio, with Burglary, Obstructing Official Business and Theft (07CRB2083A/B/C.)  The cases have been continued until May 2, 2007. |

U.S. Probation Officer Action:

On March 31, 2003, The Court sentenced Mr. McCullough to ninety-two months imprisonment followed by three years supervised release after having been charged with Possession of a Firearm by a Convicted Felon. On May 26, 2006, the sentence was amended and his sentence was reduced to sixty months imprisonment. He was released from the Bureau of Prisons on August 21, 2006 to commence his term of supervised release.

Mr. McCullough was compliant with supervision until April 14, 2007, when he was charged in Butler County, Ohio, with Burglary, Obstructing Official Business and Theft. The case has been continued until May 2, 2007. According to the police report, officers were investigating a call where shots were being fired in an apartment complex. McCullough was observed by officers standing in the hallway of the apartment building and matched the description of the shooter. Officers called to McCullough to come over to them, at which time he ran into the apartment and locked the door. Officers knocked on the door, but McCullough would not answer. Officers then entered through a window into the apartment and found McCullough exiting the bathroom. The resident of the apartment was contacted and stated she was at a bar and did not give McCullough permission to enter her apartment and denied knowing McCullough. Upon searching the apartment, officers found seven, 9 mm rounds of ammunition which were in the toilet as if someone attempted to flush the bullets. The officer's found the keys to the victims' apartment on MuCullough.

McCullough was arrested and taken into custody.  On April 16, 2007, McCullough appeared in Hamilton Municipal Court and was released on bond. The case has been continued until May 2, 2007.

PROB 12A
(12/98)

2

RE: McCullough, Benjamin                                                                                       Page Two

McCullough contacted this officer upon being released. He said he had met the victim and went over to her house. She was at a bar and was expected home later. He heard shots outside of the apartment and opened the door to see what was happening. He noticed the officers and shut the door. He stated next thing he knew, the officers were entering through the window. He said he was given the apartment keys by the victim and claims he did nothing wrong.

At this time, it is respectfully recommended that the Court take notice of the violation, but that no action be taken at this time pending disposition of the case. This officer will notify the Court of the outcome.

Respectfully submitted,                           Approved,

by  *[signature]*                                 by  *[signature]*

**Darla J. Huffman**                              **Mark Grawe**
U. S. Probation Officer                           Senior U. S. Probation Officer
Date:     April 27, 2007                          Date:     April 27, 2007



[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

April 30, 2007
Date