PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Benjamin McCullough**    Case Number: **1:02CR00116**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **March 13, 2003**

Original Offense: **Possession of a Firearm by a Convicted Felon**

Original Sentence: **92 month(s) prison, 36 month(s) supervised release; 5/26/06: Amended to 60 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **August 21, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| No New Law Violation | On July 31, 2007, McCullough pled guilty to Obstructing Official Business. He is scheduled to return to court for a review hearing on September 12, 2007. |

U.S. Probation Officer Action:

On April 27, 2007, this officer notified the Court that on April 14, 2007, McCullough was charged in Hamilton, Ohio, with Burglary, Obstructing Official Business and Theft. At that time, the Court took notice of the violation, but no action was taken pending disposition of the cases.

On July 31, 2007, McCullough pled guilty to Obstructing Official Business. The other two charges were dismissed. He was sentenced to 30 days in jail and assessed a $160.00 fine and court costs. He is scheduled for a review hearing on September 12, 2007. In contacting Hamilton County Court, this officer was advised that if McCullough has paid his fine in full prior to the review hearing, the 30 day sentence will be suspended.

With the exception of this situation, Mr. McCullough has been compliant. He is employed full-time, has submitted to urinalysis which have all been negative and reports as scheduled.

As a result, this officer is requesting that no action be taken in this case. Should there be any problems with Mr. McCullough in the future, this officer will notify the Court immediately.

PROB 12A
(12/98)

RE: McCullough, Benjamin                                                                 Page Two                         2

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *(signature)* | by | *(signature)* |
|  | **Darla J. Huffman** |  | **John Cole** |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date:   **August 2, 2007** |  | Date:   **August 2, 2007** |

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*(signature)*
Signature of Judicial Officer

Aug 6, 2007
Date